AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF TEXAS,     PECOS DIVISION



FILED
NOV 1 2 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> V. <br> Aroldo CASTILLO-Serrano <br> AKA: Bruno LOPEZ-Zalas | **CRIMINAL COMPLAINT** <br><br> Case Number: P:14-MJ-1101 |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __11/8/2014__ in __Presidio__ County, in the __Western District Of Texas__ defendant(s) did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The Defendant was arrested on November 9, 2014, in the Western District of Texas by Presidio Border Patrol Agents. The Defendant is a citizen and national of Guatemala, who is present in the United States without having been admitted or paroled by an Immigration Officer. The Defendant last entered the United States on or about November 8, 2014, in Presidio County, Texas, in the Western District of Texas at a time and place not designated as a port of entry by the Secretary of Homeland Security. The Defendant was not in possession of Immigration documents allowing him to be in, or remain in, the United States legally.

Defendant is a national and citizen of Guatemala.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Obong Nsentip
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

11/12/2014                                      at   Alpine, TX
Date                                                    City/State

B. Goains                    U.S. Magistrate Judge        _____
Name & Title of Judicial Officer                          Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

Aroldo CASTILLO-Serrano

FACTS     (CONTINUED)

The Defendant was apprehended as part of the Retributive Justice Initiative.

Immigration History:
The Defendant was Removed/Deported- 2X to his native country of Guatemala, most recent on 03/25/2013, through MIAMI, FL .

Criminal History:
Charge Date 10/09/2011
ARREST AGENCY OH MARION CO SO MARION
DRIVING UNDER THE INFLUENCE
CONVICTED CONFINEMENT/180D

AO 245 S (Rev. 04/02)(W.D.TX.) - Judgment in a Criminal Case



**FILED**

NOV 19 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Western District of Texas
### PECOS DIVISION

UNITED STATES OF AMERICA

v.

(1) Aroldo Rigoberto Castillo-Serrano

Defendant.

Case Number: PE:14-M-01101(1)
USM Number:

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant (1) Aroldo Rigoberto Castillo-Serrano was represented by his attorney Chris Carlin.

The defendant pled guilty to the complaint on November 19, 2014. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count Number |
|---|---|---|---|
| 8 U.S.C. § 1325(a)(1) | Illegal Entry | 11/9/2014 | complaint |

As pronounced on November 19, 2014, the defendant is sentenced as provided in pages 1 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Pursuant to 18 U.S.C. § 3573, the Government moves to remit the special assessment. Therefore, the Court does not impose a special assessment.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the 19th day of November, 2014.

_____
B. DWIGHT GOAINS
U.S. MAGISTRATE JUDGE

AO 245 S (Rev. 04/02)(W.D.TX.) - Imprisonment

Judgment--Page 2

Defendant: (1) Aroldo Rigoberto Castillo-Serrano
Case Number: PE:14-M-01101(1)

**SENTENCE**

The defendant is hereby sentenced to **90 days**.

The defendant is detained pending service of this sentence.